[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-11419
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 11, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:09-cv-20963-MGC

MICHAEL RAMJEAWAN,
RITIE B. RAMJEAWAN,

Plaintiffs-Appellees,

versus

BANK OF AMERICA CORPORATION,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 11, 2012)

Before EDMONDSON, MARTIN and COX, Circuit Judges.

PER CURIAM:

The Plaintiffs Michael Ramjeawan and Ritie B. Ramjeawan sued the Defendant

Bank of America, N.A. for negligence and civil theft. The case was tried to a jury,

which found in favor of the Ramjeawans on the negligence counts and awarded compensatory damages in the amount of $528,531.01 and punitive damages in the amount of $150,000.00. The jury found in favor of the Bank on the civil theft claim.

The Bank appeals, challenging the district court's denial of the Bank's post-trial Fed. R. Civ. P. 50(b) motion for judgment as a matter of law, which alleged that the Ramjeawans failed to present sufficient evidence to support the award of punitive damages. We have considered the briefs of the parties and conclude that the district court did not err in denying this motion.

The Bank also contends that the district court erred in denying the Bank's request for attorney's fees because the civil theft claim was without substantial factual or legal support. We conclude that the denial of this motion did not constitute an abuse of discretion.

AFFIRMED.